452 A.2d 69

Dickmann, et ux., Appellants v. Miller, et ux.

Argued December 9, 1981. William David Murphy, for appellants; William J. Moran, for appellees.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the distinguished Montgomery County Common Pleas Court Judge William T. Nicholas is affirmed.

---

452 A.2d 69

Meyers v. S.G.D.H. & Assoc.

Appeal of Anthony Victor Abriola.

Argued January 13, 1982. Charles S. Morrow, for appellant; Robert L. Campbell, for Meyers, appellee; Louis J. Dell'Aquila, for S.G.D.H., appellees.

Before HESTER, BECK and VAN der VOORT, JJ.

Appeal quashed.